# IN THE UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

| | |
|---|---|
| IN RE:<br><br>**PEDRO JOSE ORTIZ VIERA**<br>**CARMEN VALDES DEL VALLE**<br><br>xxx–xx–1763<br>xxx–xx–9761<br><br>Debtor(s)<br><br>**BANCO POPULAR DE PUERTO RICO**<br><br>Movant<br><br>**PEDRO JOSE ORTIZ VIERA**<br>**CARMEN VALDES DEL VALLE**<br>**JOSE RAMON CARRION MORALES**<br><br>**Respondant(s)** | Case No. **12–09854**<br><br>Chapter **13**<br><br><br><br>FILED & ENTERED ON 11/4/15 |

## *ORDER*

Upon debtor's (s') consent (docket entry #41), the motion for relief of stay filed by BANCO POPULAR DE PUERTO RICO (docket entry #36) is hereby granted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Wednesday, November 4, 2015 .

Brian K. Tester
United States Bankruptcy Judge